# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

JUDGMENT- WITHOUT ORAL ARGUMENT

Date: March 18, 2009

BEFORE:

    RICHARD A. POSNER, Circuit Judge

    ANN CLAIRE WILLIAMS, Circuit Judge

    JOHN DANIEL TINDER, Circuit Judge

No. 07-1306

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

  v.

YOGESH SHAH,
        Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Wisconsin
No. 99 CR 211, Lynn S. Adelman, Judge

    The judgment of the District Court is AFFIRMED in part, REVERSED in part, and REMANDED with instructions. The above is in accordance with the decision of this court entered on this date.

(1060-110393)